975 A.2d 1077

**Robert WOODARD, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY** (Administrative Office of Pennsylvania Courts); David DiGuglielmo, SCIG Warden; Lynn Abraham, District Attorney; John Shellenberger, Attorney General, Respondents.

**No. 54 EM 2009.**

Supreme Court of Pennsylvania.

July 1, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of July, 2009, the Application for Leave to File Original Process, is **GRANTED,** and deny the Petition for Writ of Habeas Corpus is **DENIED.**